GIULIANI ASSOCIATES, INC., Appellant,

v.

Sean O'KEEFE, Administrator, National Aeronautics and Space Administration, Appellee.

No. 04–1079.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

LL INTERNATIONAL SHOE COMPANY, INC. (doing business as DaDa Footwear), Plaintiff–Appellant,

v.

NIKE, INC., Defendant–Appellee.

No. 04–1175.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before LOURIE, BRYSON, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.